## PETITION FOR WRIT OF CERTIORARI TO COURT OF SPECIAL APPEALS OF MARYLAND

September Term, 1982
Decided September 18, 1982

Submitted to: SMITH, ELDRIDGE, COLE and COUCH, JJ., and J. DUDLEY DIGGES, Associate Judge of the Court of Appeals (retired), specially assigned.

Argued by *Robert S. Bourbon* for petitioner.

Argued by *Barbara Mello* for respondents.

## O R D E R

Upon consideration of the petition for a writ of certiorari to the Court of Special Appeals, and the arguments heard thereon, in the above entitled case, it is this 18th day of September, 1982

ORDERED, by the Court of Appeals of Maryland, that the petition be, and it is hereby, granted and the writ of certiorari to the Court of Special Appeals shall issue and said case shall be transferred to the regular docket as *No. 80*, September Term, 1982; and it is further

ORDERED that the order of the Court of Special Appeals, dated September 17, 1982, staying the injunction of the Circuit Court for Washington County, be and it is hereby stayed; and it is further

ORDERED that the record of the hearing before the Circuit Court for Washington County, in the above entitled case, be forwarded to this Court by 10:00 A.M. on Monday, September 20, 1982; and it is further

ORDERED that this matter is to be heard on Monday, September 20, 1982 at 1:00 P.M.